Monte J. White and Associates, P.C.
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Johnny Ray Hounshell | § | |
| | § | CASE NO. 10-10376-RLJ-13 |
| | § | HEARING DATE: 8/8/2011 |
| DEBTORS | § | HEARING TIME: 10:00 AM |

DEBTOR'S RESPONSE TO TRUSTEE'S RECOMMENDATION CONCERNING
CLAIMS, OBJECTIONS TO CLAIMS AND PLAN MODIFICATION

DEBTOR, Johnny Ray Hounshell, by and through attorney, Pamela J. Chaney, files this Debtor's Response to Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification, and respectfully shows the Court as follows:

1. Debtor wishes to surrender, in full satisfaction of the debt remaining, the 2005 RV to Bank of America.

2. Debtor requests that the payment term on all remaining secured and priority debt is extended to 60 months, thereby also extending the term of the plan to 60 months. The plan remains 100% to unsecureds.

3. Debtor also requests that the monthly Trustee payment decreases to $920.00, beginning with the payment due in August 2011. The Chapter 13 plan base should be adjusted accordingly.

FOR THESE REASONS, Debtors ask that the Trustee's Recommendation Concerning Claims, Objections to Claims and Plan Modification denied or in the alternative, set for hearing on the date indicated.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtors

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was served on June 28, 2011 on the following parties in interest at the addresses listed below by ECF and/or regular U.S. First Class mail:

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 10-10376-rlj13<br>Northern District of Texas<br>Abilene<br>Fri Jun 24 14:46:12 CDT 2011 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| Abilene Diagnostic Clinic<br>PO Box 5409<br>Abilene, TX 79608-5409 | Abilene Regional Medical Center<br>6250 Hwy 83-84 at Antilley Road<br>Abilene, TX 79606 | American Express<br>CO Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Bank Of America<br>Attn: Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420-6012 |
| Chase<br>201 N. Walnut St--de1-1027<br>Wilmington, DE 19801-2920 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Cisco College<br>c/o Sherrel K. Knighton<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201-2644 |
| Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Medicredit<br>939 N Hwy 67<br>Florissant, MO 63031-2917 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | PRA Receivables Management LLC<br>As Agent Of Portfolio Recovery Assocs<br>c/o Sears Gold Mastercard<br>POB 41067<br>Norfolk VA 23541-1067 | Presbyterian Kaseman<br>8300 Constitution Ave.<br>Albuquerque, NM 87110-7613 |
| Professional Account Services, Inc.<br>P.O. Box 188<br>Brentwood, Texas 37024-0188 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sears-cbsd<br>701 East 60th St N<br>Sioux Falls, SD 57104-0432 |
| Toyota Motor Credit<br>16945 Northchase Dr Ste<br>Houston, TX 77060-2135 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Verizon<br>P.O. Box 660108<br>Dallas, TX 75266-0108 |
| eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Johnny Ray Hounshell<br>5017 Highway 183<br>Cisco, TX 76437-6247 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX  75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br>Cedar Rapids, IA 52411-6634 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cisco Junior College

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29