Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock TX 79424
(806) 748-1980 Phone
(806) 748-1956 Fax

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
JOHNNY RAY HOUNSHELL

CASE NO.: 10-10376-RLJ-13
DATED: October 01, 2013

DEBTOR(S)

**TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT**

    The Standing Chapter 13 Trustee, hereby certifies that the Trustee has received and disbursed the final Chapter 13 plan payment required by the Order Confirming Chapter 13 Plan or any subsequent superseding order entered thereafter in the above number case.  If the Debtor is eligible for discharge, the Debtor must file within twenty-one (21) days hereof the Debtor's Certification and Motion for entry of Chapter 13 Discharge pursuant to 11 U.S.C. 1328(a).

  X  If applicable Certification is made by the Debtor, the Trustee notes that the above-named Debtor appears to be eligible for Chapter 13 Discharge.

      Trustee notes that the above-named Debtor may NOT be eligible for Chapter 13 Discharge.

        Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief in the above-numbered case, or

        Pursuant to 11 U.S.C. 1328(f)(1) the Debtor may have received a discharge under Chapter 13 of this title during the 2-year period preceding the date of the order for relief in the above-numbered case, and/or

        Pursuant to 11 U.S.C. 1328(g)(1) subsequent to the filing of the petition in the above-numbered case, Debtor may have not completed an instructional course concerning personal financial management described in 11 U.S.C. 111.

Dated: October 01, 2013

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee

**Certificate of Service**

I hereby certify that a true copy of the foregoing TRUSTEE'S CERTIFICATION OF RECEIPT AND DISBURSEMENT OF FINAL CHAPTER 13 PLAN PAYMENT was served on the following parties electronically or at the addresses listed below by U.S. First Class mail on October 01, 2013.

JOHNNY RAY HOUNSHELL 5017 HIGHWAY 183  CISCO TX 76437
MONTE J WHITE & ASSOCIATES PC ATTORNEY AT LAW ABILENE 402 CYPRESS SUITE 310 ABILENE TX 79601
LINEBARGER GOGGAN BLAIR & SAMPSON 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201
GE MONEY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI FL 33131

Dated: October 01, 2013

/s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee