## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: <br> Johnny Ray Hounshell <br><br> Debtor | § <br> § <br> § <br> § <br> § | CASE NO.: 10-10376-RLJ-13 <br><br> HEARING DATE: December 4, 2013 <br> HEARING TIME: 11:00 AM |

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

    F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

    G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil

remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Johnny Ray Hounshell
Debtor

/s/Monte J. White
Debtor's Attorney

## NOTICE OF HEARING

A HEARING WILL BE HELD ON December 4, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS:

FOR LIVE COURT
U.S. COURTHOUSE ROOM 2000
3RD AND PINE
ABILENE, TX 79604

FOR VIDEO COURT
U.S. COURTHOUSE ROOM 2001
3RD AND PINE
ABILENE, TX 79604

IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON December 4, 2013 AT 8:30 am AM AT THE FOLLOWING ADDRESS:

U.S. COURTHOUSE ROOM 2001
3RD AND PINE
ABILENE, TX 79604

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: October 1, 2013

/s/Monte J. White
Debtor's Attorney

Label Matrix for local noticing
0539-1
Case 10-10376-rlj13
Northern District of Texas
Abilene
Tue Oct  8 08:24:30 CDT 2013

Recovery Management Systems Corporation
25 SE 2nd Ave. Ste. 1120
Miami, FL 33131-1605

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Abilene Diagnostic Clinic
PO Box 5409
Abilene, TX 79608-5409

Abilene Regional Medical Center
6250 Hwy 83-84 at Antilley Road
Abilene, TX 79606

American Express
CO Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Bank Of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

Chase
201 N. Walnut St--de1-1027
Wilmington, DE 19801-2920

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Cisco College
c/o Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Medicredit
939 N Hwy 67
Florissant, MO 63031-2917

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

PRA Receivables Management LLC
As Agent Of Portfolio Recovery Assocs
c/o Sears Gold Mastercard
POB 41067
Norfolk VA 23541-1067

Presbyterian Kaseman
8300 Constitution Ave.
Albuquerque, NM 87110-7613

Professional Account Services, Inc.
P.O. Box 188
Brentwood, Texas 37024-0188

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sears-cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Toyota Motor Credit
16945 Northchase Dr Ste
Houston, TX 77060-2135

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Verizon
P.O. Box 660108
Dallas, TX 75266-0108

eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262

Johnny Ray Hounshell
5017 Highway 183
Cisco, TX 76437-6247

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Toyota Motor Credit Corporation
5005 North River Blvd., N.E.
Cedar Rapids, IA 52411-6634


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cisco Junior College

End of Label Matrix
Mailable recipients     28
Bypassed recipients      1
Total                   29